STUDEBAKER BROS. CO. OF NEW YORK, Appellant, v. CALDERWOOD, Re-

spondent. (Supreme Court, Appellate Division, Second Department. February 28, 1908.) Action by the Studebaker Bros. Company of New York against John C. Calderwood. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that the justice should have found in favor of the plaintiff the fair and true value of the items of the plaintiff's claim, in addition to the two of $61 and $30.50 which were allowed, and that the so-called counterclaim should have been disallowed.